IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSE EDUARDO LOPEZ,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 11-0457-CG-C |
| **UNITED STATES OF AMERICA,** | : CRIMINAL CASE NO. 06-00062-CG |
| Respondent. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 18, 2011, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of December, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE