IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE EDUARDO LOPEZ, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO. 11-0457-CG-C |
| UNITED STATES OF AMERICA, | : | CRIMINAL CASE NO. 06-00062-CG |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's motion to vacate, set aside or correct sentence (Doc. 75) be **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2255(f). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 6th day of December, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

1